# Exhibit C

1

Volume:   1
Pages:    1-244
Exhibits: 1-23

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 1:19-CV-10845-ADB

*********************************x
GAIL SWEENEY
                    Plaintiff

vs.

SANTANDER BANK, N.A.
                    Defendant
*********************************x

DEPOSITION OF KARIN A. FITCH-URBANE

APPEARING REMOTELY FROM

FALMOUTH, MASSACHUSETTS

WEDNESDAY, OCTOBER 7, 2020

10:05 a.m.

Reported by:

Camille Macomber, CSR No. 149608
Registered Professional Reporter
Appearing Remotely from Norfolk County, Massachusetts

SHEA COURT REPORTING SERVICES
15 Court Square, Suite 920
Boston, Massachusetts 02108
(617)227-3097
sheacourtreporting@gmail.com

2

REMOTE APPEARANCES:


COUNSEL FOR THE PLAINTIFF:
    LAW OFFICES OF SCOTT C. HOLMES
    50 Main Street, Unit 12
    Charlestown, Massachusetts 02129
    (617)850-2734
    scott@scottcholmes.com
    By Scott C. Holmes, Esquire


COUNSEL FOR THE PLAINTIFF:
    JAMES E. NEYMAN & ASSOCIATES, P.C.
    76 Canal Street, 3rd Floor
    Boston, Massachusetts 02114
    (617)723-2608
    james@neymanandassociates.com
    By James Neyman, Esquire


COUNSEL FOR THE DEFENDANT
    LITTLER MENDELSON, P.C.
    One International Place
    Suite 2700
    Boston, Massachusetts 02110
    (617)378-6000
    smelnick@littler.com
    By:  Stephen Melnick, Esquire


Also Appearing Remotely:

    Gail Sweeney

10

1    Q.    Your employer, Santander, has authorized you to

2          be here?

3    A.    Yes.

4    Q.    What is your current position with Santander?

5    A.    I am a Senior Employee Relations Consultant in

6          Human Resources.

7    Q.    Senior Employee what?

8    A.    Relations Consultant.

9    Q.    Okay.  Has that position ever changed in the

10         course of your career with Santander?

11   A.    No.

12   Q.    What is the business address?

13             MR. MELNICK:  Objection.  You can answer.

14             MR. HOLMES:  Strike that.

15   Q.    Where do you work?  What's the address for the

16         office that you show up in?

17   A.    My work location prior to COVID was 5 Whittier

18         Street in Framingham, Massachusetts.

19   Q.    Are you working exclusively from home now?

20   A.    Yes.

21   Q.    Do you plan on leaving Santander anytime in the

22         near future?

23   A.    I don't know.

24   Q.    The reason I ask that is because I've seen going

14

1           Consultancy Department is?

2    A.    Employee Relations Team provides consultation to

3           all employees on matters related to things like

4           managers having problems with employees,

5           employees having problems with managers,

6           conflict between two employees.  I participate

7           in investigations, do some training --

8           facilitate some training, I should say.  It's

9           consultative in nature to partnership with

10          departments I support in helping them with

11          employee-related matters.

12   Q.    To whom do you report currently?

13   A.    Debbie Hamid, H-a-m-i-d.

14   Q.    And what is her position?

15   A.    Senior Manager Employee Relations.

16   Q.    Does Debbie, if you know, have the authority to

17          hire or terminate employment?

18   A.    Yes, for her own team.

19   Q.    What does her team consist of?

20   A.    The Employee Relations Team of Human Resources.

21   Q.    Maybe I should better understand, how is the

22          Human Resources Department currently divided or

23          broken up in Massachusetts only?

24   A.    In Massachusetts, it's the same as it is, you

1          do what needs to be done in accordance with the

2          nature of the facts and findings.

3               So yes, I was aware that was discussed,

4          and yes, I was part of the discussion about

5          termination.  Yes, I was.  But the request to go

6          to termination was from Dan Hyland.

7               MR. MELNICK:  I'm going to jump in and say

8          the discussion regarding termination was with

9          counsel and, therefore, probably privileged.  So

10          I'm just going to interject that.  I think all

11          of the questions up to there have been fine, but

12          I'll assert that at this point.

13               MR. HOLMES:  Okay.  Thank you.

14     Q.   Who else was part of that discussion again,

15          please?  I don't want to know what you discussed

16          because of a privilege that Mr. Melnick is

17          raising, but who else was involved in that

18          discussion?

19     A.   So if I may just ask for clarity.  There would

20          have been Dan Hyland, had a conversation and

21          provided me his wishes, which was to go to term.

22          My privileged conversation with my team, which

23          would have been Chris Ciarrocchi, Debbie Hamid,

24          Mike Pagano, Brian Molinari, myself, that would

1           have been -- that was brought forward to say

2           that was Dan Hyland's request, and we review it

3           for -- what is in our -- I don't know what the

4           word is -- I'm drawing a blank on the word --

5           what our role is to review the information, the

6           request of management and executing on what the

7           next step is.  And in this case it was a mutual

8           agreement.

9    Q.     You conducted quite a thorough investigation;

10          correct?

11   A.     Yes.

12   Q.     And you interviewed a bunch of different people

13          who made claims against Ms. Sweeney?

14   A.     Yes.

15   Q.     After your investigation, you did not make any

16          specific personal recommendation based upon your

17          investigation as to what should happen to

18          Ms. Sweeney?

19             MR. MELNICK:  I'm going to object to the

20          extent it's asking about the conversation with

21          counsel and others.  But outside of that, you

22          can answer, Ms. Fitch-Urbano.

23   Q.     Other than the conversation with the attorneys

24          and the paralegal and any counsel, after your

1              investigation, which was the one thing that you

2              did in this, you did not reach a conclusion.  Am

3              I understanding that correctly?

4    A.       I guess -- I want to answer so that I answer

5              correctly.  This determination in what we did.

6              And how we ended up going to mutual agreement

7              was something that myself, my boss, my boss's

8              boss, and internal legal counsel rendered a

9              decision to go to mutual agreement with

10             Ms. Sweeney.

11   Q.       I'm just asking about you.  At some point in

12             time did you ever write -- did you ever tell

13             anybody, other than counsel, that you

14             recommended the termination of Ms. Sweeney?

15   A.       I did not oppose termination, but it was not my

16             decision solely.

17   Q.       Did you ever draw any conclusions from your

18             investigation that you told to Mr. Hyland

19             without counsel present?

20   A.       I provided my information to internal counsel,

21             Chris Ciarrocchi.

22   Q.       I want to ask you some questions back about that

23             coaching.  You do not know, sitting here today,

24             the results of the March 6, 2017 or April 6,

66

1          her termination was due to 'inappropriate

2          behavior' allegedly she committed."

3              Do you understand that question?

4    A.    I do.

5    Q.    Okay.  If you switch over to page 5.

6    A.    Okay.

7    Q.    Starting with, "Santander states:"  Do you see

8          that, the third line down?

9    A.    Yes.

10   Q.    "On or about June 16, 2017, an employee within

11         the Fraud Department raised a concern to Kim

12         Williams, Fraud Manager, who forwarded the

13         complaint to Karin Fitch-Urbano, Employee

14         Relations Consultant, to investigate."

15             What was that complaint?

16   A.    That complaint was Corey Black raised to Fraud

17         Management that she was feeling -- that she was

18         working in an environment that made her

19         uncomfortable, and that there was a -- she was

20         uncomfortable.

21   Q.    Does Corey Black still work for Santander?

22   A.    I don't -- no, she does not.

23   Q.    Do you know if she was terminated?

24   A.    My recollection is she voluntarily resigned.

1           I don't know what she indicated in her

2           employment information.

3       Q.  You said she felt uncomfortable.  Can you be

4           more specific?  What did she tell you about

5           feeling uncomfortable?

6       A.  Sure.  She did -- I believe that was the

7           incident that started on June 14th, on or around

8           June 14th, where Corey, Jake Stacy, Triana would

9           have been conversing in Spanish on the floor.

10          And when I describe the floor, the Fraud

11          Department kind of sits open style, open

12          concept, so there's like no general offices,

13          everybody is kind of out in like an open

14          bullpen.  And they were speaking in Spanish and

15          Ms. Sweeney did ask them to refrain from

16          speaking in Spanish and that it was America, and

17          that they needed to speak English in America in

18          the department.

19      Q.  What rule or regulation of Santander's, back in

20          2016, did that statement by Ms. Sweeney violate?

21      A.  I'm sorry, I missed the front part of that.

22      Q.  Sure.  What rule or regulation or policy of

23          Santander's, back in 2016, did that statement,

24          if true about Ms. Sweeney, what did that

69

1      violate?

2   A.   Thank you.  That would have been our Code of

3        Conduct, Equal Opportunity, Respectful and Safe

4        Workplace Environment.

5   Q.   Was there an accepted language to be spoken

6        within the Santander branch or the Santander

7        offices in Framingham?

8             MR. MELNICK:  Objection.

9   A.   So when you say "accepted language," could I

10       just ask, are you asking me to confirm that

11       other languages can't be spoken or that it's a

12       mandate that they only speak English?  I'm not

13       clear of the question.

14  Q.   I will take first, is there a mandate that they

15       only speak English?

16  A.   No.

17  Q.   Is there a mandate that the other languages can

18       be spoken?

19  A.   Yes.  Let me just clarify.  Is there a mandate

20       that others can be -- there's no mandate that

21       they have to speak another language, but we

22       have, you know, clearly, the EEO or the EO

23       guidelines that tell us what can be done.

24  Q.   How many desks, if you know, were in the bullpen

71

1    A.    In my opinion?

2    Q.    Yes.

3    A.    No.

4    Q.    How about in Mr. Hyland's opinion, if he ever

5          told you, did he ever say that was a fireable

6          offense in and of itself?

7    A.    I don't believe he ever gave me that information

8          as you've asked the question.  I don't think I

9          ever heard it from him in that respect.

10   Q.    Did you ever hear that information from Jose

11         Claudio that he thought it was fireable offense

12         to say that?

13   A.    I don't recall him saying that.

14   Q.    Do you remember Ms. Williams ever saying that

15         she thought it was a fireable offense if

16         Ms. Sweeney made that statement to other

17         employees there?

18   A.    I don't recall her saying that in what you're

19         asking me of that one area of "speak English in

20         America."

21   Q.    There were three complaints, Corey Black, Triana

22         and someone else.  I can't recall the name.

23   A.    No, Corey Black was the initiator of the

24         complaint.

74

1    Q.    What else?

2    A.    Corey -- so what happened was, Corey did raise

3          that as the first complaint.  I'm just trying to

4          remember the recollection.  She also was

5          concerned because there was a comment made or it

6          was known on the floor, their perception not

7          mine, team members on the floor, that Gail had

8          friends in HR, and that she finds out who

9          snitches on her.  So people were fearful of her.

10         So she was concerned about raising things or

11         raising issues because she was fearful of what

12         others on the floor perceptions were of Ms.

13         Sweeney.

14   Q.    What investigation on that claim did you make?

15   A.    Are you asking about the snitching comment?

16   Q.    Yes.

17   A.    So again, that was one of the questions that I

18         did review, and it was substantiated by, I

19         believe, three people.  And one person, in

20         particular, said that Ms. Sweeney talked to her

21         about snitches in the department.

22   Q.    Is that a fireable offense, in your opinion?

23   A.    In my opinion, that alone?

24   Q.    Yes.

1          it was received in Human Resources, we would

2          have that information.

3     Q.   How old is Corey Black?

4     A.   I don't know.

5               MR. MELNICK:  Objection.

6     Q.   Under 40?  Over 40?

7     A.   I would be speculating if I were to answer.

8     Q.   Under 30?  Over 30?

9               MR. MELNICK:  Objection.

10    A.   I would be speculating, sir.

11    Q.   Did you consider her to be an honest source or

12         an honest complainant?

13    A.   It is my job to take the information in, gather

14         the information, and then to do an assessment of

15         what was brought in, and that is what I did,

16         sir.

17    Q.   And what was your assessment, that it was true?

18    A.   The assessment was, in my interpretation and in

19         my opinion, my assessment of the initial

20         complaint was the over-encompassing

21         investigation that I did.  Clearly, she wasn't

22         terminated just because Corey Black brought

23         something to the forefront.  It wasn't on Corey

24         Black alone.  A concern was raised.  People

1           raise concerns all the time that aren't

2           legitimate.  It is my duty, as an Employee

3           Relations person, to take the information, do an

4           investigation, come up with findings and facts,

5           and then base a decision on that.

6                 Ms. Sweeney was not terminated because

7           Corey Black made a concern specifically; it was

8           the information that was corroborated as part of

9           a full investigation that the determination was

10          made.

11   Q.     And what was the other information that

12          corroborated Corey Black's claims?

13   A.     What other information?

14   Q.     Yes.

15   A.     Basically, Corey's was just, as I've stated

16          earlier, she brought up the situation of the

17          "speak English in America," and in terms of

18          knowing there was -- that comment about the

19          snitching.  But those were her pieces of it.

20   Q.     So let's go to your next or the next statement

21          in Santander's answer to interrogatories.  This

22          one starts with -- and it's six lines down.

23                "The allegations were around race and

24          ethnic discrimination."

83

1    A.   Yes.

2    Q.   And it's those handwritten notes that we're

3         going to get into in a little bit, probably

4         after lunch.  And that's all in there?

5    A.   My comments about what -- there were two

6         comments about racism, and the other one came

7         from Andrew Grossman.

8    Q.   He was also in that unit, the Fraud Unit?

9    A.   Yes.

10    Q.   What did he say?

11    A.   He alluded to overhearing Ms. Sweeney say

12         something to the effect, not these exact words,

13         but he said, "What do all these black people do

14         here all day?  They just stand around."

15    Q.   Did he ever tell that to Mr. Claudio?

16    A.   I don't believe he did.  I don't recall if he

17         did.

18    Q.   Do you know if he ever told that to

19         Ms. Williams?

20    A.   I don't know if he did.

21    Q.   Did he contact you?

22    A.   I contacted him.

23    Q.   Because of why?

24    A.   As part of my investigation, he was named as

86

```
 1            audience, not him asking for my audience.
 2      Q.    Did you speak to anybody else in the Fraud Unit
 3            on these allegations?
 4      A.    I did.
 5      Q.    Who else was that?
 6      A.    I spoke to -- well, I spoke to -- aside from
 7            Corey, Triana, Jake Andrew and Edith, I spoke to
 8            Lisa Alrashid, Aliaksandra -- and I'm going to
 9            butcher her last name, she goes by Sasha
10            Astrakova, Jose Claudio, Eddie Veiga, James
11            Berard, Christine Ramoutar and Gail Sweeney.
12      Q.    You went much faster than my hand could write.
13      A.    I'm sorry.
14      Q.    That's okay.  Triana, what was her last name?
15      A.    All right.  So it's Corey Black.
16      Q.    Yes.
17      A.    Triana Giglio, Jacob Stacy, he goes by Jake.
18      Q.    Okay.
19      A.    Andrew Grossman.
20      Q.    Yes.
21      A.    Edith Almeida, and it's A-l-m-e-i-d-a.
22      Q.    Thank you.
23      A.    Lisa Alrashid, and it's A-l-r-a-s-h-i-d.
24      Q.    Yes.
```

87

| | | |
|---|---|---|
| 1 | A. | Okay, this is the one I might have to get a |
| 2 | | correct spelling.  It's Sasha Astrakova.  And I |
| 3 | | apologize, I don't have her exact last name |
| 4 | | committed to memory. |
| 5 | Q. | That's okay. |
| 6 | A. | I can get the correction on that if you need. |
| 7 | | Jose Claudio, Eddie Veiga, James Berard. |
| 8 | Q. | How do you spell the last name? |
| 9 | A. | James, it would be B-e-r-a-r-d. |
| 10 | Q. | Okay. |
| 11 | A. | Christine Ramoutar, R-a-m-o-u-t-a-r.  I might be |
| 12 | | butchering the spelling.  It's Christine |
| 13 | | Ramoutar, and Ms. Sweeney herself. |
| 14 | Q. | Christine Ramoutar? |
| 15 | A. | Mm-hmm. |
| 16 | Q. | You have to say yes or no. |
| 17 | A. | I'm sorry.  My apologies. |
| 18 | Q. | That's okay. |
| 19 | A. | Yes. |
| 20 | Q. | Is Corey Black still employed there?  I forgot |
| 21 | | the answer to your question. |
| 22 | A. | No. |
| 23 | Q. | Terminated or left on own? |
| 24 | A. | My recollection is she left on her own. |

102

```
 1            know, questions pertaining to what they were

 2            witness to.

 3    Q.     Did each one of these people that we just

 4            listed, did they all comment that they heard

 5            Ms. Sweeney make those statements about black

 6            people?

 7                MR. MELNICK:  Objection.

 8    A.     No, not all of them.

 9    Q.     Who did not hear her say that?

10    A.     I would have to go back to my notes, to my

11            investigation notes, so I could accurately

12            respond to that.  Off the top of my head, I know

13            that Edith Almeida, Andrew Grossman, on the

14            racist comments, that's who told me that.

15    Q.     Do you know who she was saying that or allegedly

16            saying that to when she supposedly made this

17            statement?

18    A.     I do recall Edith telling me that that was a

19            direct comment from Ms. Sweeney to her.  And

20            Andrew said he just overheard Ms. Sweeney making

21            that statement.

22    Q.     Mr. Grossman?

23    A.     Mr. Grossman.

24    Q.     He heard that?
```

1   A.   Yes, that's what he told me.

2   Q.   Do you know how long Mr. Grossman had worked at

3        Santander by the time he made this claim?

4   A.   I don't.  Not off the top of my head, I don't.

5   Q.   Did you review his personnel file at any part of

6        your investigation?

7   A.   His personnel file, no.

8   Q.   Did you review Ms. Almeida's personnel file?

9   A.   No.

10  Q.   Did you do any investigation to see if she had

11       made other claims against any other co-workers?

12  A.   There was nothing that was presented at that

13       time that I can recall.

14  Q.   Did you speak to Ms. Sweeney about having made

15       these comments?

16  A.   Did I ask Ms. Sweeney if she made these

17       comments?

18  Q.   Yes.

19  A.   Yes, I did.

20  Q.   What did she say?

21  A.   She denied the racism comments.

22  Q.   Did you believe her?

23  A.   I conducted my investigation the way I asked my

24       questions, it's not for me -- you know, I asked

1           I recommended termination.  I provided the facts

2           of the investigation, as noted, as stated to

3           internal counsel.  The request to go to

4           termination was driven by Dan Hyland.

5    Q.    Was the statements that Ms. Almeida and

6           Mr. Grossman claim that Ms. Sweeney, the racist

7           statements, was that grounds for termination in

8           your opinion?

9    A.    The racist comments?

10   Q.    Yes.

11   A.    Possibly, yes, it could be.

12   Q.    Why do you say "could be"?

13   A.    Because we have a no tolerance -- the bank has a

14          no tolerance to making -- you know, we abide by

15          the EO and our Code of Conduct about being open

16          and inclusive.  Others felt it was a hostile

17          work environment.

18   Q.    Because of Ms. Sweeney?

19   A.    Yes.

20   Q.    Because of that statement?

21   A.    That, amongst others.

22   Q.    What were the others?

23   A.    Other ethnic comments or things that were

24          brought forward in my investigative interviews.

108

1   Q.   So let's talk about what those other things
2        were.
3   A.   Okay.
4   Q.   What were they?
5   A.   So there was, for the people that I interviewed,
6        there was -- that Ms. Sweeney didn't like James
7        Berard, and that she would say things to him or
8        in a manner that made others feel uncomfortable.
9        Example of like, "Shut up," when she wasn't
10       pleased with him.  And others that's
11       corroborated that Ms. Sweeney had said something
12       to them about Mr. Berard.  That was one.
13  Q.   Is Mr. Berard a white, black or Spanish man?
14  A.   Appears white.
15  Q.   Were any racist statements made to Mr. Berard by
16       Ms. Sweeney?
17  A.   Not that I'm aware of.
18  Q.   So "shut up" was what was said to you by Mr.
19       Berard?
20            MR. MELNICK:  Objection.
21  A.   Mr. Berard didn't say that.  Other people
22       witnessed behaviors of Ms. Sweeney toward
23       Mr. Berard or was told, you know, "Don't talk to
24       him.  I don't like the sound of his voice.  He

109

1          bothers me."

2     Q.   How old is Mr. Berard?

3     A.   I would be speculating.  I don't know.

4     Q.   You don't know?

5     A.   I don't know.

6     Q.   And Mr. Berard, he works there still?

7     A.   He still does, yes.

8     Q.   Was that a fireable offense for allegedly

9          Ms. Sweeney saying "shut up"?

10              MR. MELNICK:  Objection.

11    A.   Standalone, I would say in my opinion, no.

12    Q.   Where in your investigation does it say that

13         Ms. Sweeney created a hostile work environment

14         in that unit?

15              MR. MELNICK:  I'm sorry.  Outside of any

16         privileged documents, but you can go ahead.

17    A.   So there was a lunch break issue that was

18         brought forward between Ms. Sweeney --

19    Q.   I'm not asking the particulars, I'm just saying

20         where in your conclusions, your investigation,

21         your report, does it say, and other than to

22         attorneys, that Ms. Sweeney created a hostile

23         work environment?  I did not see it.

24    A.   I think -- and my apologies, I think in asking,

110

1           the way that you just posed a question, my

2           opinion was that the information that was --

3           that I had that was substantiated, information

4           that was corroborated, in my opinion could be

5           one that would have led to potential risk for a

6           hostile work environment claim.

7    Q.    I'm just saying where is that written?  Is it

8          written anywhere?

9                MR. MELNICK:  Objection.

10   Q.    Other than with attorneys, is it written

11         anywhere in anything that I've seen?

12               MR. MELNICK:  Objection.

13   A.    I don't believe so.

14   Q.    Strike that.  Is it written anywhere that it was

15         a hostile work environment due to Ms. Sweeney?

16   A.    Written in anything, no, except for privilege.

17   Q.    But that's a mental impression that you made?

18   A.    Yes.

19   Q.    Did anybody that you interviewed ever say that?

20   A.    I'm sorry?

21   Q.    Did anybody that you interviewed ever say that

22         Ms. Sweeney made it a hostile work environment.

23   A.    People told me they were fearful of her.

24   Q.    I'm not saying that.  I'm saying, did anybody

1           ever say it's a hostile work environment because

2           of her?

3    A.    In my opinion when somebody is fearful of

4           someone, that could be considered hostile.

5    Q.    I'm going to just try that again.  Is --

6    A.    No.

7    Q.    Okay.  When they were fearful of her, were they

8           fearful that she was going to hurt them

9           physically?

10   A.    Not to my knowledge, no.

11   Q.    Did anybody ever say that they felt threatened

12          by her physically?

13   A.    Not physically, no.

14   Q.    So where was the threat going to be?

15              MR. MELNICK:  Objection.

16   A.    In an environment where they felt bullied or the

17          behaviors demonstrated on comments made by

18          Ms. Sweeney made them feel uncomfortable.

19   Q.    But Jose Claudio was in the same room or

20          Ms. Williams was in the same room.

21   A.    Ms. Williams is probably in an office, I don't

22          know if -- she wasn't out in the bullpen, I

23          don't believe.

24   Q.    Who said they felt bullied by Ms. Sweeney?

116

| | | |
|---|---|---|
| 1 | | friends in HR, but she did admit to talking |
| 2 | | loudly when I asked her that question. |
| 3 | Q. | Who were the people that said they were told by |
| 4 | | Ms. Sweeney that she had friends in HR? |
| 5 | A. | There was definitely -- just give me a moment to |
| 6 | | think about this. |
| 7 | Q. | Take your time. |
| 8 | A. | It was definitely Edith and Andrew, I believe |
| 9 | | Corey, Triana and -- were aware of the comments. |
| 10 | | Edith admitted to -- and that all had to do with |
| 11 | | the snitching comment about having friends in |
| 12 | | HR, who is snitching to HR.  And people felt |
| 13 | | that they couldn't raise concerns prior because |
| 14 | | they felt that Ms. Sweeney had some power. |
| 15 | Q. | What was the time frame that Edith or Andrew |
| 16 | | claimed that Ms. Sweeney had some power in HR? |
| 17 | A. | In terms of like exact dates that she said that, |
| 18 | | I don't have exact dates, but it was something |
| 19 | | in their work relationship with her that that |
| 20 | | was during that time frame. |
| 21 | Q. | It was during the time frame that you were there |
| 22 | | in 2015, '16; right? |
| 23 | A. | Yes, because I don't know when -- like, I don't |
| 24 | | know when Corey started. |

117

| | | |
|---|---|---|
| 1 | Q. | So Edith and Andrew say that they felt bullied |
| 2 | | or afraid of her because she had friends in HR? |
| 3 | A. | Edith asked to have her seat moved away from |
| 4 | | Ms. Sweeney. |
| 5 | Q. | They told you that they were afraid of her |
| 6 | | because she had friends in HR; is that true? |
| 7 | A. | There are people that said that, yes. |
| 8 | Q. | Okay.  That's Edith and Andrew? |
| 9 | A. | Edith, Andrew and then Corey -- and again, I |
| 10 | | don't have my exact notes in front of me, but |
| 11 | | there was a consensus with my interviews that |
| 12 | | there was -- that information is in there, I |
| 13 | | don't have my interview notes in front of me. |
| 14 | Q. | I just wrote down what you said.  You said Corey |
| 15 | | and Triana were -- |
| 16 | A. | Yes, Corey and Triana were part of that |
| 17 | | conversation, and yes. |
| 18 | Q. | And they were aware of the comments? |
| 19 | A. | Comments of? |
| 20 | Q. | That Ms. Sweeney had friends in HR. |
| 21 | A. | Yes. |
| 22 | Q. | And Edith and Andrew claim that they actually |
| 23 | | heard her say that? |
| 24 | A. | Edith did. |

122

```
 1              regulation?
 2    A.    People admitted to feeling that the environment
 3          was not comfortable.
 4    Q.    Did anybody say that they felt they were being
 5          discriminated against?
 6    A.    I would have to reflect back if those exact
 7          words were done, but the inference of feeling --
 8          of cultural or people's backgrounds, not English
 9          being their first language or their natural
10          origin, yes, people felt that Ms. Sweeney felt
11          negatively towards that and made comments that
12          made them feel uncomfortable.
13    Q.    So Ms. Almeida felt that she was being
14          discriminated against or harassed?
15    A.    No.
16    Q.    Corey Black felt that she was being
17          discriminated against?
18    A.    She was uncomfortable with the statements
19          pertaining to her background and her native
20          language.  Yes, she felt uncomfortable and felt
21          that Ms. Sweeney's comments made her feel
22          uncomfortable.
23    Q.    But Ms. Sweeney had no authority over Ms. Black,
24          they were peers.
```

131

1          resignation."

2                  There is no answer to this question

3          either.  The problem is that this information is

4          important to my client's claim and I need to get

5          this information.  Do you know where this

6          information is housed?

7                  MR. MELNICK:  Objection.

8     A.   Employee information is on our employee system,

9          last known address on file, we would have.  If

10         they have moved or changed anything and didn't

11         report to us, we would only have what the last

12         known address is on record.

13    Q.   And the phone number would be part of that, too;

14         right?

15                 MR. MELNICK:  Objection.

16    A.   If they indicated it and if it's correct.

17    Q.   You understand we'll take the last known

18         address, I'm not asking Santander to give me

19         anything more than give us their last.  But you

20         could tell by the number of people who have been

21         discharged over the period of time or have left

22         or resigned, we have no means to find them,

23         which is why I've asked that question.

24                 MR. MELNICK:  Objection.

132

1    A.    Sure.  Understood.

2    Q.    Thank you.

3              Number 12, again starts on 16 only for its

4          designation as a question.

5    A.    I have it.

6    Q.    It says, "For each and every person identified

7          in Santander's answer to Number 11," which was

8          none, "please state the amount or rate of pay of

9          each and every person hired by Santander in its

10         Fraud Prevention Unit from 2010 to 2017."

11             Again, this question has not been answered

12         by Santander.  Do you understand that that

13         information is important based upon the theory

14         of facts and the proof that we intend to show in

15         this case.  Is that information available in the

16         system as well?

17             MR. MELNICK:  Objection.

18   A.    Yes.

19   Q.    I'm going to switch over to Interrogatory Number

20         13, please.

21   A.    Okay, I'm on it.

22   Q.    "Please state the name, date of birth, business

23         address or last known residential address of

24         each person if no longer employed by Santander

153

```
1     Q.    Can you tell me what the offer was?

2     A.    It was a Mutual Separation Agreement delivered

3           on that Monday, which I believe was the 26th,

4           it's that Monday.  It was the day the

5           agreement -- that was the meeting I didn't

6           attend.  That was the day of the meeting with

7           Dan Hyland, Kim Williams, Perry Vachon and Gail.

8           So I believe that was the 26th, it was a Monday.

9           And that was the week I was on vacation.

10               I'm sorry.  I apologize, I got

11          sidetracked.  What was your question that you

12          wanted me to respond to?

13    Q.    What was the offer?  How much money?

14    A.    It's not money, it's a Mutual Agreement whereby

15          she was presented -- from my recollection, the

16          Mutual Agreement was to be with employment

17          through August 25th of 2017.  So she would stay

18          in a non-working notice.

19    Q.    What does that mean?

20    A.    She would be paid with no interruptions to any

21          part of her benefits or pay during this period

22          of time.  She just would not be required to come

23          into work and do any work.

24    Q.    Okay.  So over a half of year payment,
```

154

```
 1            June to -- eight months?

 2   A.    No.  June 26th she got the agreement, and the

 3         termination date was going to be August 25th, so

 4         it was two months later.

 5   Q.    Okay.  So that's the amount of payment or

 6         continued compensation she would have received,

 7         but after August 25th that was it?

 8   A.    Yes, that, and the non-contesting of

 9         unemployment was part of that.

10   Q.    Is that the standard offer for somebody who has

11         worked for Sovereign and Santander for 30 plus

12         years?

13              MR. MELNICK:  Objection.

14   A.    I don't put those agreements together.

15   Q.    Who puts those agreements together?

16   A.    A combination of -- there's a person in my team,

17         Employee Relations Team, that works on those

18         agreements.

19   Q.    Did you think that two months was fair and

20         reasonable for Ms. Sweeney after 30 years?

21              MR. MELNICK:  Objection.

22   A.    It's not for me, I don't have any say in what

23         the parameters are.

24   Q.    What is the name of the person who makes the
```

186

```
1    A.    Wait a minute.  I said yes, but that wasn't my
2          answer.  Let me just -- what was the question
3          you were saying?
4    Q.    I'm just going to enumerate what I understand to
5          be the causes for the mutual separation.  Okay?
6    A.    Mm-hmm.
7    Q.    It is the, "Please speak English, we're in
8          America."  Is that one of them?
9    A.    That was one of the scenarios that was reviewed,
10         yes.
11   Q.    The snitch comment that she knew somebody in HR
12         that she was going to report to?
13   A.    That was part of the investigation.
14   Q.    The claim that she made some mention of black
15         people not working or "that's what they do"?
16   A.    Yes, that was part of the review.
17   Q.    What else?
18   A.    The instance with Sasha on her lunch break about
19         speaking in her native language and it bothering
20         her.
21   Q.    And that was a part of the reason for the mutual
22         separation decision made by Santander?
23   A.    That was one part of the investigation.
24   Q.    Can you tell me what investigation you did about
```

1          that?

2     A.   So it was part of the whole investigation.  So

3          when you say what investigation -- my review in

4          totality of this was encompassing the initial

5          complaint and then everything else that was part

6          of that.

7               So I recall when I was meeting with

8          Ms. Sweeney the day that I spoke to her and I

9          was talking to her about various scenarios and

10         allegations, and when I brought up this, I

11         remember her saying to me, "Oh, I know who that

12         is, that's Sasha."  And she knew right away what

13         that was, and she said, "You know, I'm on my

14         break, too."  I remember her telling me that.

15         She said that Sasha speaking in her native

16         language was bothersome to her, had a

17         conversation with her about it, and admitted to

18         that conversation in the break room.

19    Q.   Do you recall that she said that she had been on

20         the phone all day herself and just wanted some

21         peace and quiet in the break room?

22              MR. MELNICK:  Objection.

23    A.   Yes, I do.

24    Q.   And you took that as being true?

188

| | | |
|---|---|---|
| 1 | | MR. MELNICK:  Objection. |
| 2 | A. | What Gail said about wanting peace and quiet? |
| 3 | Q. | Yes. |
| 4 | A. | I have no reason to doubt her on that. |
| 5 | Q. | Did you think it was because Sasha was speaking |
| 6 | | Russian or because Gail just wanted peace and |
| 7 | | quiet? |
| 8 | | MR. MELNICK:  Objection. |
| 9 | A. | So in terms of how that was presented, Sasha |
| 10 | | said that she was asked about her speaking in |
| 11 | | her native tongue, if that's what Ms. Sweeney |
| 12 | | asked her about, like "How long are you going to |
| 13 | | do this?  I just want some peace and quiet."  It |
| 14 | | was a break room that's available to all |
| 15 | | employees, and one employee was having a |
| 16 | | personal conversation in her native language, as |
| 17 | | she's allowed to do on her break, and it |
| 18 | | bothered Ms. Sweeney that she was talking in the |
| 19 | | break room and talking in her native language. |
| 20 | Q. | In your experience and understanding of the |
| 21 | | rules and regulations of Santander, what was |
| 22 | | wrong with her asking her to step outside to |
| 23 | | have a phone conversation? |
| 24 | | MR. MELNICK:  Objection. |

1          extracted two customer complaints that were

2          embedded into an email.  I don't know why those

3          aren't on there.

4    Q.    This is SBNA 000154, correct, on the bottom

5          right?

6    A.    I just got out of that.  It was the email I just

7          read -- yes, 0154.

8    Q.    Because all I have is that one page, which is

9          why that's the only exhibit under Number 18.

10             There's no attorney copied on this, is

11         there?

12   A.    I didn't see one.  It was just from Dan to Kim

13         and I.

14   Q.    That's all I saw too.

15             On the forward, it says, if you look, from

16         you it says, "FW: G Sweeney - EAR complaint."

17         What is "EAR complaint"?

18   A.    That would be, it's called "EAR complaint" and

19         that's a retail -- it's a way people can raise

20         concerns through a system within the retail

21         world, and that complaint came in through that

22         platform.  And those get raised to the

23         respectable departments or areas that need to

24         manage the complaint.  So that's why Dan or

207

```
 1              it.  I just said, "These were the allegations,
 2              who said what."  My handwriting was who
 3              substantiated or who was witness to that.
 4    Q.        So the names on the side come after you spoke
 5              with those people?
 6    A.        No.
 7    Q.        So TG, when was that written?  Do you know what
 8              I'm saying?
 9    A.        I would like to go back and correct.  So those
10              were some other -- when I was going through my
11              review of my paperwork, I was going back to say
12              those were my comments made after I talked to
13              them, who would have further knowledge or
14              information and interview notes, because I had
15              spoken to ten people.  So that was after,
16              because clearly I didn't interview those people,
17              all, I believe, on that particular -- by that
18              particular date.  I would have to go back and
19              double check.
20    Q.        Your first interview was with Gail, though?
21    A.        No, I believe Gail, I interviewed on the 21st.
22              I spoke to Corey Black, I believe, on the 16th,
23              and then I would have spoken to some people -- I
24              pretty much think I had most of the people most
```

```
 1            likely interviewed before I spoke to Gail.  So

 2            those were people that had indicated to me that

 3            particular issue if I had to go back and

 4            reference my notes.  That was my quick way of

 5            going back to say who said it so I could go

 6            back.

 7       Q.   Just towards the bottom, it says "question mark

 8            use core."

 9       A.   Where --

10       Q.   I'm on page 393, and it says, "question mark use

11            core."

12       A.   393.

13       Q.   Just between 2 and 3.

14       A.   Yes, I see it.  I think that might have been

15            something about a system, like there might be a

16            system for -- because there was a concern about

17            people alleging that Ms. Sweeney was turning

18            down customers that either didn't talk English

19            or, you know -- and I believe that was the name

20            of some information that Ms. Sweeney provided.

21            Like the translator -- it was a system.

22       Q.   Was Spanish training ever given or provided to

23            any non-Spanish-speaking employees in 2016 or

24            2017?
```

1          share this with the employee so they can see who

2          the accusers are and the substance of what

3          they're being accused of?

4                 MR. MELNICK:  Objection.

5     A.   It is the way that we conducted this

6          investigation -- that I conducted this

7          investigation.  We don't typically -- we

8          tender -- we conduct investigations.  We ask the

9          question of whether they did it, and then to get

10         the response.  And in this case, Gail did

11         respond if she had those behaviors or actions.

12    Q.   She had no choice but to respond because she was

13         trying to keep her job; right?  She would have

14         been fired if she didn't meet with you?

15                MR. MELNICK:  Objection.

16    A.   That's part of the Code of Conduct.  Code of

17         Conduct requires participation in

18         investigations.

19    Q.   Okay.  So Ms. Sweeney's only opportunity to

20         respond to any of the claims made by

21         Ms. Almeida, Triana, whomever, was in this

22         meeting with you.  True or false.

23                MR. MELNICK:  Objection.

24    A.   The day that I interviewed Ms. Sweeney, we had a

1           conversation and I heard her responses and what

2           she feels she admitted to and what she denied.

3           And in terms of -- I don't know -- if

4           Ms. Sweeney was looking for copies of

5           investigation notes or things like that, those

6           are things we don't provide as part of our

7           investigation process.  But she got the

8           communication and the outcome of it, it is my

9           understanding, from an explanation at the day of

10          her Mutual Agreement where it was provided to

11          her as an outcome and what was substantiated and

12          the reasons why.

13    Q.    You know, I'm just talking about in the concept,

14          and I'm going to be objected for this, for sure.

15          You know, we need to confront our accusers.  We

16          need to understand what we're being charged with

17          in this society and our democracy and the

18          public.  She only hears this conclusions meeting

19          with you, and you take handwritten notes of

20          these conversations, which got to be stressful

21          for her and laborious for you.  So I don't

22          understand why you couldn't share this with her,

23          these are claims against her.

24                MR. MELNICK:  Objection.

228

1    Q.    Can you tell me the number of pages that that --

2    A.    It appears to go to 413.

3    Q.    How long did it take you to interview Triana?

4    A.    I don't recall, but probably anywhere from a

5          half an hour to 60 minutes, but I don't recall

6          the exact time frame.  I can't remember any of

7          these going super long.

8    Q.    And no copy to Triana either, as I understand?

9    A.    No.

10   Q.    The next one, June 20th, is that Andrew

11         Grossman?

12   A.    Mm-hmm.

13   Q.    How many pages is Mr. Grossman?

14   A.    It appears it goes to 416.

15   Q.    And I see at the top he was terrified of a

16         60-year-old woman.

17              MR. MELNICK:  Objection.

18   A.    He told me that.

19   Q.    What's that?

20   A.    He told me that.  That was his quote.

21   Q.    And that concerned you?

22   A.    Yes.

23   Q.    Why?

24   A.    People shouldn't come to work terrified.

1           want to open an account, but their native

2           language is Chinese and we just happen to have a

3           teller or a banker in the branch that can speak

4           Chinese, we're going to ask that person to help

5           if it is the request of the customer to speak in

6           that other language, and that's fine.

7                 I hope I've answered that question.  So

8           there is no prohibition from speaking your

9           native language; we just ask everybody to talk

10          in English if it's a work-related meeting and a

11          conversation geared specifically to something

12          that encompasses everybody at that table or in

13          that conversation.

14      Q.  I'm going to paraphrase severely here, but as I

15          understand it, there was an issue that arose

16          during the investigation that several of

17          Ms. Sweeney's colleagues were speaking amongst

18          themselves in Spanish, I think it was Triana and

19          Jake and --

20                 MR. NEYMAN:  Objection.

21      A.  It was Triana, Jake and Jose.

22      Q.  What is your understanding of the nature of that

23          conversation?  Was it work related or personal?

24      A.  How it was described to me, it was Jake learning

1        to speak Spanish and that Jose and Triana were

2        with him and Jose, and they were just talking

3        about him learning the Spanish.  And it was a

4        conversation just amongst those three.

5  Q.    Not work-related, to your knowledge?

6  A.    Just about Jake learning Spanish is how it was

7        described to me and his becoming more fluent.

8  Q.    Shifting gears again.  We went through your

9        handwritten notes, I'm not going to ask you to

10       go through them again.  I'll ask a broad

11       question.  To the best of your recollection are

12       the notes that you took accurate?

13  A.    Yes.

14  Q.    Last question for me.  In the course of your

15       investigation, were there any other potential

16       witnesses that you were aware of who may have

17       knowledge about Ms. Sweeney and her conduct that

18       you did not speak with?

19  A.    I spoke to everybody that came -- that was made

20       apparent during the interview with Ms. Sweeney

21       and all others.  If somebody presented to me

22       that would have been a witness or somebody that

23       would have overheard it or even thought they

24       overheard it, I interviewed.

# Fitch-Urbano Dep. Exhibit 21

*(handwritten top)* ※ emotional @ end bright up issue years ago

Investigation Notes: Gail Sweeney
Date: June 21, 2017
Time:

**EXHIBIT 21**
Karen Fitch-Urbano
10/7/20
Stenographer: Camille Macomber
RPR, CSR #149608

Gail was informed that a formal complaint was brought to the attention of her management and was transferred to Human Resources/Employee Relations on June 16, 2016.

Investigation into the allegations is occurring; the reason of the meeting today was to bring to her attention the allegations made about her.

She was informed that the allegations discussed came from one or more TM's.

She was asked to answer honestly.

She was asked to maintain a professional demeanor in the department and bank environment after the investigation meeting was finished.

*(handwritten left margin: AA / TG / JC / JS / AA·TG)*

Karin addressed the following allegations with Gail:

1. Alleged : June 14, 2017 issue with Triana, Jose and Jacob (speaking Spanish)
   Did you say to them "You need to talk English"
   Did you tell Triana she was "rude" after she attempted to discuss with you?

2. Alleged: Comments about what you've stated out loud or to a colleague/customer
   "They're in America, must talk English" –
   "Please speak English" to a customer who is not fluent in English – *notes #2*
   "In America, we speak English" – *NO*

   Alleged: Turns down callers if ESL   *→ Complains about*
   *(handwritten: TG / AA   ref to Simone   ※ EA (Complains about people w/ accents))*

   *(handwritten: ? use CORE –)*

3. Alleged: You told TM(s) that your manager (Jose) told you to "watch out", that you were told people were watching you, and he told you people are putting you under the bus"
   *(handwritten: date   "Think People are my friends and their not" by Jose)*

**CONFIDENTIAL**                                                                 **SBNA 393**

denied

CB
TG
EA

4. Alleged (April): You told TM's "I'll bring it to HR if I find out who's telling on me and I'll find something on them"  — Never

Alleged: "someone's snitching on me" — NO

I do say things out loud

EA ←
EA

5. Alleged: being overheard stating
"I don't like them" (James)
"I don't like the sound of their voice"
"I don't like the way they talk (accent)" — NO

EA (she picks on him)

} several
on phones
we all comment
"James"
he never stops
talking all day by

n: I cant
talk it
anymore
— No let up

QB
AG

6. Alleged: being overheard stating because you were not pleased with the colleague(s)
"Oh just shut up"
"God, will you shut up"  Not to his face

others:
Roll eyes + agree — I'm e disok — others say it too
everyones yes's me                          (who? + repeat)

EA
AG

7. Alleged: Have you ever made a comment about a colleague(s) referencing he travel ban and stating that those colleague(s) "wishing those people would go back home"
(+Lisa said Edith told her)   → Never

EA
AG

8. Alleged: Comments about African American colleagues
"this kind of race makes these mistakes" — Never
"what do all these black people do here? They all just stand around" — Never

* TG heard her say "these people" — but
was in phone ? said
Pers of Color

EA
AG

9. Alleged : comment
"I have friend(s) in HR" (who can defend) (EA)
NO — I dont

* Jose called her a bigot (EV)
* James → Rolls eyes in disgust
* Jake New Hire = was told to watch out for her
told she has friends in HR.

**CONFIDENTIAL**                                                                 **SBNA 394**

AA

*Way back I was on break - I'm on phones all day long - I need - I told her it to was very breath + bother me.*

10. Alleged: witnessed a discussion between you and another TM while a TM was on a designated work break *(admitted)*

You asked the TM if they could refrain from speaking in their native tongue on their personal cell phone conversation. You stated to them it was disturbing you.

11. Alleged: you turned off a caller because they did not pronounce your name correctly, and that bothered you. *NO —*

12. Alleged: TTY caller
"We shouldn't have to take these calls" after a manager told you to assist the caller

*I asked if we have to — Robo calls
Δ's came through     & 3rd party calls
& told
I new it was a caller for hearing imp. caller*

*?. Resistant to Δ = just came from Dan's mtg
holiday Δ —*

*?. You complain often ⟩ alot do —
talk openly ⟩ others do too*

*? Dont luce when people ⟩ joking!
appear happy*

(#1) convos w/ Jose + Triana alot — its how I grew up

It should be English
+ rude of them
#1 thy in here should he English

what is the need? in Spanish
its a constant comun between
them
Triana + Carmen — Spanish  } (clique
Jose + carmen              }    of friends)

I get alwg fine w/ all

(#2) Conversations in w/ Jose
Calls w/ Jose — spanish speaky
comp. sorry to Branch — then interupts
mos  ← got repremanded sundy to branch.
Jose said — send to Int. line.
nobody does it — its whatever float boat
Proc: go to Int line — do yw? it depends
time limits — on call 1 hr.
We all America — shd speak English

- Triana      friends
- Sasha
- Luke, Andrew, Brian, Corey Blanc, ? Lisa
_____ (Meets)
last feedback: didn't have          } couldn't
  1-1 w/ him  — can't remember          recall
                                        last feed
                                        back
                                        sur

I could switch around this grp  ⊛
      hey harassed by this grp        told ob
  I could say I'm being harassed      prior issue
                                      caused
                                      a
                                      produced
Jose told me — re: customers/ int'lue   LOA
      Speak ESL — go to branch

                              Ø harassing
how do you think 4/14 felt —
  [N]oried about whats hey said?
        formal    → harassment
Triana filed a complaint against
    Augustus — told us all about it  →

spoke openly to the staff
Brian, Andrew Luke, Corey,
she told them all she filed
complaint about Augustus.

how handle guy back to desk?

3 yr ago

Christine Ramatan — _style_

2nd rating
Jose said it
was a mistake

Kim Foisy
↳ sat beside me
wanted my desk —
Im known as a bitch —        hell w/ her
"most strong women are"

she did my P.R — on open floor
Carol Gilbert — David Gagne — Erica L.
                              (useless)
                ↓
            "go for it"
            "go for it"

Gestured Kim:
    on floor — in isle
        hell of a 3 yrs in dept.
        "PM" 2015  —  asked for mtg
            2014

↳ meeting occured —
    Kim: are you ready?
        met with (HR? who ) (out or
                              LOA others)
                            pulled out records
                            proof - pics lot e CPK
                            swipe issue
                            WS on e phone into
                                before building

6/16

Tony Black    / Gail Sweeney
         & CR              & Jose

→ 1st time & talk
   bunch of us talk to mgrs for months +
   months - all details - they did nothing
   "She doesn't care"    • Jose Claud
                         • Christine Ramirez
                         • Eddie Urega

Ⓠ: Who is manager?

   A mange told her before -
   "Watch out" - people are
   watching -
   people around you are putting
   you under the bus

1-2
months    She asked - all - I'll bring
ago       to HR.
?         if I find out who? I'll find
April     sanity on them

   told CR last week - had enough
   Christine + I went to Kim.

**CONFIDENTIAL**                              **SBNA 400**

"She says a lot"
Jose hears alot - he's scared of her

Sun thing - last time
Jan "new people". Many times 1x week
& take any spanish calls on line
make them go to branch because
they should speak English b/c they
are in America

Who? One of our TM's is broken english

last week  6/14/17
un WPG

I train new person
Edith " train new person
Triana train new people    she overheard

We could all hear Gail    showing he
we are a mix of culture    can speak
                            spanish
my friend Triana + Jake    own
speaks spanish w/ Jose    conversat
                            about an
                            accent

turned to me 1st
"speak English          →

turned to Triana and
" You need to speak English
in this dept "

"Your rude" (over + over)

Triana — native language

Jose was there — just worked a her.

Triana   back + forth  w/ Gail

She does this a lot
acts like our manager
Very bossy!

Edith   She tells Edith to stop talking to
o talked   another guy (James) Gail
to anyone   o like him - tells him ~
in mths

wants   Oh "just shut up already"
sent
moved   Edith spoke to mgt — (? who)
offended   to doing anything.
by gail

couple times - she talks to Andrew
                              Grossman

" why you smiling "

Prior inc bright to
C✓
J✓    tung down calls (t speak English)
E✓    "Well they're in America - must
      speak English"

Out loud

Jose was present on 6/14 - he
   did nothing

? he scared of her?
   - body lang
   - he threw us under the bus
   re: "system" watch out

I thought it was in email?
he sent her FCC - you dont luci
   usy the system →

She point blank asked me + others
   if I told Jose about system
   She wanted to know
      you dont want to confront her.

**CONFIDENTIAL**                    **SBNA 403**

Gail
Jose
Christine
Eddie

New Triana Giglio
    Jake Stacy (up to ?) Jose

    Andrew Grossman

    Edith Almeida ✓
    Lisa Alrashi'd ✓

"bunch of us"
        ↓
    ( all in area )

    - Luke ? last name
    - Brian Haddad
    - John Thayer
    - Lisa Alrashi'd   ( said something about
                          her )
            ↓
        due travel ban
    told   "She should go back to her country"
    to Edith    Lisa is aware of this.

*w/ Lisa*

Wednesday June 14th: Triana, Jose and Jake conversation.
Did you witness?
What did you see/hear?

NO

Have you heard Gail say "You have to speak English in this department" or "This is America, you need to speak English?"

People say she says that

Have you ever heard/seen Gail turn down calls because the caller did not speak English or have an accent? said "I dont understand you"
? why

Did you ever hear her make comments about the travel ban?

yes —

Have you ever heard her reference people of color as to "these people make mistakes"

→ said it kindly ~ all cold here (gail)

Did you ever hear her say "I have friends in HR?" NO → has dialogue skills I cant find sm on you
Jose & my Mgr - I dont think she is not friendly - "you should be careful people and un
Jose → yu should be careful

Did she ever ask you or make a reference about someone "telling" on her and she will find out and get them into trouble?

not to me —

Lisa

Q directly

She

executive order from Trump

heard
from
Edith

"I cant wait to get rid of her"

(Gail → Edith) → Lisa

[ I dont know how they o speak English
this is American ]

Andrew told me this about
Black comments she's mad
Q filter — says what she wants

2-3 mos ago

Christine ( Noc shift )

( me, Andrew, Corey ? who else

↳ told her about Geeel —
　　- accents / - other ethnicities
　　- colored people
　　- what was said about me

[ Why & hung up hastily ]
" we're afraid "

pull
heard
him

& say anything / I'll look into it

Wed
08 5/18/17

(Month
ago) Jose — call Premeir Customer
　　　　　　BM on phone    13K payment
　　　— removed error ( couldn't
　　　　　　　　　　　　assist further )

Punched
phone —
food out of
his mouth

Asked speak w/ Mgr
Went to Jose— & take call
He only does this to me — only my calls
Triana fixes his emails for him

Walked
away

he took Triana's calls— Won't take mine

**CONFIDENTIAL**                                              **SBNA 407**

I avoid him!
I'll go to my peers before go to him

its racism —

When told Jose → HR mtg (w yw)
"(Aux #7)" he stated loudly
                    + upset

Holidays — issue now
Gail + Kelly crying

last   Edith — Δ'ed alot — not talking
2 mos   used to be fun — she looks sad

They know the story! TMs know about Jose/James
                 he's in trouble
smoke break gossip
G ? go to Dan — didnt want to get
              him fired

**CONFIDENTIAL**                    **SBNA 408**

6/19    Edith Almeida    ☑ Confidentiality
                         ☑ Prof Env
                         ▷ ER

Gail Sweeney complaint

Speaking about "speaking Spanish".
Stop talking Spanish — rude — this
is America —

6 issues w/ race's
       a mention callers w/ other lang's
       b help

when did →  Syria "refering hisa into wk" I hope
prez            "She hopes Prez Trump sends back
                to his country"

I'mo → Black: Referenced  this kind of race
2 ago              "black people make
                    these mistakes"

stated "I have friends in HR"
can defend her.

raised to Christine (Trump + Black)
       @ later date
? say — wd follow up w/ it
   ? get back to you? — NO
did you ask ADI!

**CONFIDENTIAL**                                    **SBNA 409**

told me 2 talk to James
in Am "good morning"
        convesy — how was day / weather

  ↳ whispered — stop talk to her
cant stand his voice
  ↳ just to me

Q  why she say this?
  - diff to deal with
  - @ James start sitting in front of her
   "I cant stand his voice"

   ignores him — picks on him
she emails mgr - when he repeats
on call.

Can you stop eating oatmeal
I'm sick + tired of seeing you eat
email.

after I told Christine — it got to
her attention — she came to me
   "someones snitching on me" →

SBNA 410

asking me <u>If I knew</u> who did it?
I told her <u>NO</u>

Edith
Almeida ⟵ G  I would hate to put into answer
"her manager told her". (Jose)

⎛ I asked C.R to move my seat
⎝ I was offended by comments.

spoke to Kim (? Tois y) [months ago

[She complains about people w/ accents]
⎣ I have an accent!

I may not always let her
comment roll!

end

6/20 Triana Cfiglio          ( bothered by accent )

<u>Wednesday June 14th: Triana, Jose and Jake conversation.</u>
Did you witness? Yes
What did you see/hear?
- first time   2-3 time directed a me
"rude" "don't speak any other language but English"
"I've heard her say xx about 'America - Speak Eng'"
and other languages.

(Eddie)
↑
Alexandra
Astrakanova  Have you heard Gail say "You have to speak English in this department" or "This is America, you need to speak English?" yes — to others
insinuating "someone" — but states
told Sasha — in Russian "stop — it bothers me"
on her break or lunch.
Have you ever heard/seen Gail turn down calls because the caller did not speak English or have an accent? yes — witnessed w/i last month   →
She'll mute — vent out loud - accent + fluency
Spanish caller — overheard her w/ TM — We're not to
Did you ever hear her make comments about the travel ban? speak other languages
NO                        reason why we have
translators

Have you ever heard her reference people of color as to "these people make mistakes"
Yes — while ago   I remember hearing her say
that — I was on a call.

Did you ever hear her say "I have friends in HR?"
Yes — when she's unhappy w D's  or unhappy
? statement of fact.                            TM

Did she ever ask you or make a reference about someone "telling" on her and she will find out and get them into trouble?
Yes - I've witnessed — & asked me
I'm direct — our interactions are minimal
to avoid conflict
Told Jose Gail issue  (he did nothing)
rude - disrespectful + racist (Flag Day)

→ she told Jose before about Spanish comments w/ a TM in floor

**CONFIDENTIAL**                          **SBNA 412**

6/20                    Triana Giglio
       temp - 3mos
       6 mos


              ~~with this~~. w/us AND,
              like this w/ customer
                 ↳ rude (completely) —— ? Know who
                                            the customers
                                            are —
tone      ⌈ what's yur card #
+         ⌊ NO Not that — I need yurs
demeanor                              xx #

              ↳ ongoing + constant since
                 I've worked as Temp + Reg EE


       Jose/Gueil known each other
(appears) he o address issues like he does w/other


       - She appears unhappy
       - Complains w: all △'s @ bank
       - brings down morale
       - it 'sucks' to have someone cmplain all
                                              day.

**CONFIDENTIAL**                                    **SBNA 413**

4/20 Andrew Grossman

Wednesday June 14th: Triana, Jose and Jake conversation.
Did you witness? Yes
What did you see/hear?

Gail said "speak English loudly"

Have you heard Gail say "You have to speak English in this department" or "This is America, you need to speak English?" say this before

Have you ever heard/seen Gail turn down calls because the caller did not speak English or have an accent? Yes / yes   tells them to go into a branch

Did you ever hear her make comments about the travel ban?
Yes - Mi: Lesa "go back to here country)

Have you ever heard her reference people of color as to "these people make mistakes"
No - ? know she says everythi

Did you ever hear her say "I have friends in HR?"
Yes

Did she ever ask you or make a reference about someone "telling" on her and she will find out and get them into trouble?
& ask me - has asked others

Shared w/ Eddie/ Jose/ Christine   over period of
we've talked about her (@ night)   time

**CONFIDENTIAL**

**SBNA 414**

_I'm terrified of her._

6/20   Andrew Grossman

Sit next to her          augusta
say this                  Rashard
                          Justin.
                    → ref: 3 black colleagues

Months   "what do all the black people
ago.        do here - all just stand around"

Eating& talk to her anymore

        what are you smiling for? to me

        She has alot to say about everyone

        last Thursday — CCC rep's "hows day"
        (God - will you just shut up?)

    * Blatant racism

    * She & like Δ's
            she is beligerent about it
        loudly voice her opinion
            NO filter

    Jose - she feels given her long-time
            she's above & untouchable

**CONFIDENTIAL**                          **SBNA 415**

Very confrontational woman

she shuts down w/ Δ's

apple pay (calls)

→ 2 month

last week – help me

(what have you been doing)
she does what she wants

(ie: to doe Δ's)

She complains lwdly to Jose

Edith just went "silent" due
to her — because of how she acts
started mos ago.

6/20 — James Berard
re: GS

She's short w/ people
She's frustrated by Δ's

No issues w/ her.
Haven't heard

w/ Customer Calls

- she's curt        ⎤ gets frustrated
- she's short      ⎥ & have them info
                        ⎦ or card ready

Some TMs - very good
S

Customers:
"They're stupid"
"they're downright commit Fraud"
"Fraudsters" (never assume!)

" heard ?  & derogatory )
Grammar

Colleagues — some discuss her hej "kunt"

CONFIDENTIAL

she sits next to Kathy
& interact

"Friends in HR" — NO
  she has stated "complained to HR"
    ie @ Sy of holidays

pull calls — get an idea of who/how
  she is

"Call back when you have
    your card ready"
"Call back when you have
    your info avail"
[ make every attempt to assist ]
she gets alot of calls from her
  Grandchildren all day
Protection line set "unique" alarm or ring (you know)
Jose & tell her to get off phone
  he has taken my head off when
      I used my phone

SBNA 418

4/14:

& hear her say          disgusted look

but she did roll her eyes

body language → sway head gesture.

(Jose's Team)

Kelly

[Triana, Jacob, Jose]

She's not a happy person

She's got leeway w/ Jose

IPhone txtg to grandchild @ desk
facetiming in morning

6 month ago — not recently

½ time I got reprimanded (to even
in clock)

CONFIDENTIAL

SBNA 419



6/16   Jake Stacy (re: Gail Sweeney)

Talks w/ Triana
altitudy - looked annoyed afterwards

I heard Gail made "this is America"
& "we speak English"

Triana
told
me

I was attending to my work
All were annoyed

[ I know Triana heard —
? Jose                           ]

Nature — } just the 3 of us
of conv }

? my first day — she was on phone
she hung up phone on call
I was so new — she hung up on them

Political: Avid Donald Trump supporter
comments:

I brush stuff off — I don't listen
she talks out loud — openly

CONFIDENTIAL                                          SBNA 420

holiday issue on Thur afternoon
Gail hates wkg her
    looks for new job
    Can't be worse than here (w: Citizens)

My 1st couple days -
    bounced around TM's
one told
    "Watch - don't say anything to
    Gail" - she has way of
    finding this out.
    She has "friends" in HR
    "# as qualified" Ann her friend

2/20 Aliaksandra Astrakova        & Pull up calls

Wednesday June 14th: Triana, Jose and Jake conversation.
Did you witness?
What did you see/hear?            NO              & addressed w/ Mgr

the way she { Jose ← Mgrs are aware
handles { ?Christine    of whats going on
customers { Eddie    → she's loud here her
                              we all here her
                              w/ customers

Have you heard Gail say "You have to speak English in this department" or "This is America, you
need to speak English?"   Yes - similar

                                                              disconnect

Have you ever heard/seen Gail turn down calls because the caller did not speak English or have
an accent?   Yes - actually "Can't understand you"
                         please speak English
                              + hang up.

Did you ever hear her make comments about the travel ban?
                    NO

Have you ever heard her reference people of color as to "these people make mistakes"  they.
                    No                                            } → heard it.
heard people of color commenting on } her say it.

Did you ever hear her say "I have friends in HR?"
not       NO inbound
long   recieved call on old team - "HR - line to talk to Gail"
ago→

Did she ever ask you or make a reference about someone "telling" on her and she will find out
and get them into trouble?
                    No

favoritism = No          ( She is
                           very intimidaty
                           Mgrs & want to
                                        confront )

**CONFIDENTIAL**                                    **SBNA 422**

6/20

Sasha

as contractor
told my TM's          about
in Russi               year ago

how long doing that
"that" tally in Russian
your disturbing my lunch

I snapped @ her + left
gave her silent tx

＋ other to me NO

I hear re: how treats customers
Spanish called
I've heard her        P+P → to translator
→ "In America we speak English"
                      so to branch.
alleges: TMS brought this up to Mgt. prior

**CONFIDENTIAL**                              **SBNA 423**

now w/ Eddy

She says "hi" to me now
that I'm another team

CONFIDENTIAL

SBNA 424

6/21   Christine

Wednesday June 14th: Triana, Jose and Jake conversation.
Did you witness?
What did you see/hear?   NO

heard from Corey

Have you heard Gail say "You have to speak English in this department" or "This is America, you need to speak English?"   No –
others say she says it

Have you ever heard/seen Gail turn down calls because the caller did not speak English or have an accent?   Not directly
heard from others

Did you ever hear her make comments about the travel ban?   "go back home" → heard many times
NO –
told about Travel band – Lisa a Said

Have you ever heard her reference people of color as to "these people make mistakes"
NO   Not directly – I wd of said something
She makes comments about all races

Did you ever hear her say "I have friends in HR?"
NO –
I heard this from Corey

Did she ever ask you or make a reference about someone "telling" on her and she will find out and get them into trouble?
NO   I told Kim last week
she is a bully
She thinks shes above it all

**CONFIDENTIAL**                                                                 **SBNA 425**

Did THis raise issues? (ie: Edith)
(Trump + Black)                    ? when

— any follow up?

— ? move seat (when?)
    (Kim Foisy) - in chrge of seats

? after hours convo's / hallway convo's
    ↳ yes - thats how I heard
                    about it

6/21          Christine

Edith

new to my team
2/3 rd  1-1 - on (? March)  →  approved seat move
uncomputable
⊛ racist remarks  (told Dan move seat)  told "racist"
Callers " need to speak English"

I suggested to move seat
& happened yst.

↗ Edith not compliant

Cory Black -  → they hear all she says
told Jose     Edith
Admit w/ calls

(Cory mentioned in past -
told          Rude - hangs up if they dont
Jose              speak English
may          Acct # info - refuse to ID then
                ↓ I told Jose this

4/14   New hires - on Acct side
        Cory sent me message
        7/5/5 - in Spanish - gail issue

**CONFIDENTIAL**                          **SBNA 427**

Corey having to hear behave,
I'm sure all heard
bad 1st impression fn New TM's
took it to Kim - its happey again
Corey spoke to Kim
Kim asked Corey to talk to HR (Karin)

"Trump "

"Going Back to Countries"

I hear more - why Monday NOC's

Andrew - knows alot hears her "Why Smiley"

? last week call
   "We shouldn't have to take
      these calls"
We shouldn't have to take these calls.↑ Operator calls - Jose told me no
      I told her its a TTY call -
OR: take the call - authenticate

**CONFIDENTIAL**                                        **SBNA 428**

Is Jose afraid of Gail?

Month back ⎫ as manager
so rude   ⎬ bad putput
          ⎩ hard to deal with

Eddie pulled calls — Complaint

⎡ Eddie — she was in PIP
⎢    on way to — discipline
⎣    & happened.

a lot of complaints about her
why not deal w/ it.

6/20 E. Vega

(P - 2015) → SUP
Jose said she's fine
& 2016 = he gave her
2 meets (No improvement)

Long time coming

Rude w/ customers

Known she is a problem (well known)

too far away to overhear

⤷ I think
→ he's afraid of her
(Jose)

"Gail being Gail"
fighting new D's on P+P

I wd have never supported
her "Meets" 3.5 Rating

? Jose try to avoid ? SUP issues
he D thought she could post out.

Eddy

Wednesday June 14th: Triana, Jose and Jake conversation.
Did you witness?
What did you see/hear?   NO

Have you heard Gail say "You have to speak English in this department" or "This is America, you need to speak English?"

Not directly – through heresay from Corey + Andrew, John ...
Way back to April 2017

Have you ever heard/seen Gail turn down calls because the caller did not speak English or have an accent?  NO – but heard – reputed to Jose
March 2017  One time she turned off a caller because she didn't say "Gail" directly

sent call

Did you ever hear her make comments about the travel ban?
t directly      t   Lisa isse t

Have you ever heard her reference people of color as to "these people make mistakes" (TM's)
NO    t directly   only 3rd party
Jose said shes biggot.

Did you ever hear her say "I have friends in HR?"
Not directly – thrugh people/trus

Did she ever ask you or make a reference about someone "telling" on her and she will find out and get them into trouble?
NO

**CONFIDENTIAL**                                                    **SBNA 431**

**Manager Questions:**

Are you aware of TM's having issues with Gail Sweeney?
Please describe what you know:

my staff - No

NO my staff here FCC area staff

what do yw do w/ that -

March 24th Pulled aside next morny

→ told him

March tmy
↓
stott they were
unloady
↓
told Dan
↓
sense of
urgency
unfavorable
comments

What did you do with this information/ how did you handle being informed of this ___ told Dan + JCSL

Andrew is afraid of her.

John Thrays too

Did you follow back with the TM(s) that complained?

Ø Keepy myself open

Did you ever tell Gail to "watch out –people are watching you"/ if so-why?

NO I dont talk to gail
my interacto w/ team is limited

- ◦ **CR:** Moving EA seat? How have you handled? And reported back to EA?
- ◦ If you knew about the "race" comment, why didn't you address it or move it to a Sr. Manager?

- ◦ **JC:** Gail is telling people you are stating "watch out"
- ◦ Why didn't you do something on 6/14

**CONFIDENTIAL**                                        **SBNA 432**

Jose          2016 Rating: 5.5

6/20

Wednesday June 14th: Triana, Jose and Jake conversation.
Did you witness?
What did you see/hear?

We shouldn't speak spanish hey
Triana responded — got back to Gail next day
→ Kim asked me what happened

Coached in March + April —
    → Customer interactions
    → follow scripts → Follow P+P → Customer Complaint

Have you heard Gail say "You have to speak English in this department" or "This is America, you
need to speak English?"
        She says — as a general statement "why & speak
                                             English".

Have you ever heard/seen Gail turn down calls because the caller did not speak English or have
an accent?   I believe so —                    Refused to
April 6   ← She cant understand customer   assist Caller
2017

Did you ever hear her make comments about the travel ban?
        NO —

Have you ever heard her reference people of color as to "these people make mistakes"     "color"
    "make mistakes" — heard ? Knew it was "color"
Augustus: How did we hire this person — We need
                                         to train him about mistakes
Did you ever hear her say "I have friends in HR?"     ? Not color the "person".
    NO —

Re: HR: only discussed Δ's w/ schedule

Did she ever ask you or make a reference about someone "telling" on her and she will find out
and get them into trouble?
    NO

"Better watch out" — customer interactions    ←
d/t the call issues — already in
Quality — records "We're watch you about"

**CONFIDENTIAL**                                          **SBNA 433**

6.5. Why am I being singled out? - (emails)

**Manager Questions:**

Are you aware of TM's having issues with Gail Sweeney?
Please describe what you know:

No -
Christine - said Edith issue
couple mos ago.
Christine - "shes loud"

assistant to △
assistant for new
                    tasks
tried flexibility
⟶ refused new
              outcome

= going on
for about a
year.
(o.o. leave)
△'s

What did you do with this information/ how did you handle being informed of
this_____

I've been
her many
years -
why I
have to
do these
△'s

Did you follow back with the TM(s) that complained?

Did you ever tell Gail to "watch out –people are watching you"/ if so-why?

⟵ (see prior page)

- CR: Moving EA seat? How have you handled? And reported back to EA?
- If you knew about the "race" comment, why didn't you address it or move it to a Sr.
  Manager?

- JC: Gail is telling people you are stating "watch out"
- Why didn't you do something on 6/14

S!

**CONFIDENTIAL**                                    **SBNA 434**

only Customers - we know this

some one complained to another manger
remarked -
she is impulsive "Customer call imme"
translator issue
assessed - she never uses translator
when needed - part of process! (close to
quie)

Jot She had concerns -
to: Whats going to happen = PIP
8ul Quiet for a while ↑ and ↓

last → EAR Complaint (Dan responded)
week She was Rude to Bank TM

[She's impulsive w Customers + TM's]

(Calls @ work:] people use phones@
work -
★} waiting for procedure to address
coaching to TM's

CONFIDENTIAL

SBNA 435

Concern's — Becomes Unprofessional
the way she is — I want
witness —
I'm not afraid of her.

Spoke to Kim —                    too much
re: 6/14 issue                    friction w/ her then
     intended to speak to her  (& in
                                  front of
(Kim) "hold —"                    others)
          from 2x "P" to  (what ∆'ed)
     ⅂⎰ ⊤ - Volume
how ⎰     → did job
3.5 ?     → Team Player (was better) ⊕ often
2016.?
            gails.
Schedule:  / Off: Frid/Sat/Sun  \
only one   / business need —
w/ & w/E's / Melissa accommodated
          └ that
               gail complained & gaps in
                                  schedule

2 wks  Req time to go to Dr = called out PTO
ago      another request - again Drs apt
       enter time req in WFM          unusual
called out Monday - 6/19:  ~~~~~ ? why  Not to
          Chris Brown                   call in

told Jose  numbness in my
arms - ? part of my accident
                     last year.

Jose [ looking for an out - her game ]
    [ cant wrk until 7:00 ]

CONFIDENTIAL

SBNA 437