# EXHIBIT F

*(handwritten top right)* emotional @ end
bright up issue
years go

Investigation Notes: Gail Sweeney
Date: June 21, 2017
Time:

Gail was informed that a formal complaint was brought to the attention of her management and was transferred to Human Resources/Employee Relations on June 16, 2016.

Investigation into the allegations is occurring; the reason of the meeting today was to bring to her attention the allegations made about her.

She was informed that the allegations discussed came from one or more TM's.

She was asked to answer honestly.

She was asked to maintain a professional demeanor in the department and bank environment after the investigation meeting was finished.

*(handwritten left margin)* TG
JC
JS

Karin addressed the following allegations with Gail:

1. Alleged : June 14, 2017 issue with Triana, Jose and Jacob (speaking Spanish)
   Did you say to them "You need to talk English"
   Did you tell Triana she was "rude" after she attempted to discuss with you?

*(handwritten left margin)* AA · TG

2. Alleged: Comments about what you've stated out loud or to a colleague/customer
   "They're in America, must talk English" —
   "Please speak English" to a customer who is not fluent in English — notes #2
   "In America, we speak English" —NO

*(handwritten left margin)* TG
AA

Alleged: Turns down callers if ESL → Complains about
   *(handwritten)* ref to Simone
   (* EA (Complains about people w/ accents) ✓

*(handwritten)* ? use CORE —

3. Alleged: You told TM(s) that your manager (Jose) told you to "watch out", that you were told people were watching you, and he told you people are putting you under the bus"
   *(handwritten)* date "People are my friends and their not" by Jose *(Think inserted above "People")*

**CONFIDENTIAL**                                                                 **SBNA 393**

*denied*

CB
TG

4. Alleged (April): You told TM's "I'll bring it to HR if I find out who's telling on me and I'll find something on them"  — *Never*

EA —— Alleged: "someone's snitching on me"  — *NO*

*I do say things out loud*

EA ←
EA ↗

5. Alleged: being overheard stating
"I don't like them" (*James?*)
"I don't like the sound of their voice"
"I don't like the way they talk (accent)" — *NO*

*EA (she picks on him)*

*} Several on phones*
*we all comment*
*"James" he never stops talking all day ly*

*on: I can't take it anymore — no let up*

OB
AG

6. Alleged:  being overheard stating because you were not pleased with the colleague(s)
"Oh just shut up"
"God, will you shut up"    *Not to his face*

*Roll eyes + agree — others: — I'm c disok — others say it too everyones yes's me   (who? + no resp)*

EA
AG (+Lisa said Edith told her)

7. Alleged: Have you ever made a comment about a colleague(s) referencing he travel ban and stating that those colleague(s) "wishing those people would go back home"
→ *Never*

EA
AG

8. Alleged: Comments about African American colleagues
"this kind of race makes these mistakes" — *Never*
"what do all these black people do here? They all just stand around" — *Never*
* TG heard her say "these people" — but was on phone ? said Pers of Colv

EA
AG

9. Alleged : comment
"I have friend(s) in HR" (*who can defend*) (EA)
*NO— I dont*

* Jose called her a biggot (EV)
* James → Rolls eyes in disgust
* Jake New Hire = was told to watch out for her told she has friends in HR.

**CONFIDENTIAL**                                    **SBNA 394**

AA

① Way back I was on break - I'm or phones all day long. I need I told her it was my break + bother me.

10. Alleged: witnessed a discussion between you and another TM while a TM was on a designated work break (admitted)

You asked the TM if they could refrain from speaking in their native tongue on their personal cell phone conversation. You stated to them it was disturbing you.

11. Alleged: you turned off a caller because they did not pronounce your name correctly, and that bothered you. NO —

12. Alleged: TTY caller
"We shouldn't have to take these calls" after a manager told you to assist the caller

I asked if we have to — Robo calls
Δ's came thругh        & 3rd party calls
   ℴ told
I new it was a caller for hearing imp. caller

? Resistant to Δ = just came from Dan's mtg
                        holiday Δ —

? You complain often } alot do —
         talk openly } others do too

? Dont like when people } joking!
         appear happy

**CONFIDENTIAL**                                              **SBNA 395**

it's how I grew up

(#1) convos w/ Jose + Triana alot

It should be English
+ rude of them
#1 thg in here should be English

what is the need? in Spanish
its a constant comm between
them
Triana + Carmen — Spanish ⎫ (chill
Joset camer            ⎭  of friends)

I get alng time w/ all

(#2) Conversations in w/ Jose
Calls w/ Jose — Spanish speaking
couple mos ago → ref to branch — then interpreter
got reprimanded sendg to branch.
Jose said— send to Int. line.
nobody does it— its whatever float boat
Proc: go to Int line — do yw? it depends
time limits — on call / hr.
We all America— shd speak English

CONFIDENTIAL

- Triana     friends
- Sasha
- Luke, Andrew, Brian, Corey Black, ? Lisa

(Meets)
last feedback: didnt have     } couldnt
1-1 w/ him  — cant remember     recall
                                 last feed
                                 back
                                 sui

I could switch around         ⊛
  by harassed by this grup
                              told ob
I could say Im being harassed  prior issues
                              caused
                              a
Jose told me - re: customers/ int-line  prejudice
  Speak ESL — go to branch    LUA

how do yu think 4/14 felt — ⊕ harassing
    worried about whats hey said?
         formal    → harassment
Triana filed a complaint against
  Augustus — told us all about it  →

CONFIDENTIAL                    SBNA 397

spoke openly to the guys
Brian, Andrew, Luke, Corey,
she told them all she filed
complaint about Augustus.

how handle guy back to desk?

CONFIDENTIAL

SBNA 398

3 yr ago

Christine Ramatan — _style_

2nd rating —
Jose said it
was a mistake

Kim Foisy
⤷ Sat beside me
wanted my desk —
I'm known as a bitch —          hell w/her
"most strong women are"

she did my P.R. — on open floor
Carol Gilbert - David Gagne - Erica L.
↓                    (useless)
"go for it"
"go for it"

Questioned Kim:
On floor — in isle
hell of a 3 yrs in dept.
"PM" 2015 — asked for mtg
2014

⤷ mtg occurred —
Kim: are you ready
met with (HR? who) (out on
LOA others)
pulled out records
proof - pass to CPK
swipe issue
was on e-phone into
before buddy

CONFIDENTIAL

SBNA 399

6/16

Tony Black / Gail Sweeney
CR                    & Jose

→ 1st time to talk
burden of us talk to mgrs by months+
months - all details - they did nothing
"She doesn't care"    • Jose Claul
                      • Christine Ramirits
                      • Eddie Virga

Q: Who is manager?

A mange told her before -
"Watch out" - people are
watching -
people around you are putting
you under the bus

1-2
months    She asked - all - I'll bring
ago       to HR.
April     if I find out who? I'll find
          sanity on them

told CR last week - had enough
Christine + I went to Kim.

CONFIDENTIAL                              SBNA 400

"She says a lot"
Jose hears a lot - he's scared of her

Same thing - last time
Jan "new people". Many times 1x week
to take any spanish calls on line
make them go to branch because
they should speak English b/c they
are in America

Who? One of our TM's is broken english

last week 6/14/17
in WG

( I train new person
Edith " train new person
Triana train new people

We could all hear Gail
we are a mix of culture

my friend Triana + Jake
speaks spanish w/ Jose

turned to me 1st
" Speak English →

she overheard
showing he can speak spanish

own
conversation
about an
accent

turned to Triana and
" You need to speak English
in this dept "

" Your rude " (over + over)

Triana - native language

Jose was there — just worked a her.

Triana back + forth w/ Gail

She does this a lot
acts like our manager
Very bossy!
She tells Edith to stop talking to
another guy (James) Gail
& like him - tells him ⊗
Oh " just shut up already "

Edith spoke to mgt — (? who)
to doing anything.

couple times - she talks to Andrew
                              Grossman
" why you smiling "

*[left margin:]* Edith e talked to anyone un months wants sent moved offended by gail

Prior inc bright to
turn down calls (+ speak English) _because_
"Well they're in America - must
speak English"

Out loud

Jose was present on 6/14 - he
did nothing

? he scared of her?
  - body lang
  - he threw us under the bus
  re: "system" watch out

I thought it was in email?
he sent her FCC — you dont use
usy the system →

She point blank asked me + others
  if I told Jose about system
She wanted to know
  you dont want to confront her.

C ✓
J ✓
E ✓

CONFIDENTIAL

SBNA 403

Gail
Jose
Christine
Eddie

New    Triana Giglio
       Jake Stacy (up to ?) Jose

       Andrew Grossman

       Edith Almeida ✓
       Lisa Alrashid ✓

"bunch of us"
    ↓
all in area )

— Luke ? last name
— Brian Haddad
— John Thayer
— Lisa Alrashid (said something about
       ↓              her)
       dug travel ban
tol'  "She should go back to her country"
to Edith  Lisa is aware of this.

CONFIDENTIAL

_w/ Lisa_

Wednesday June 14th: Triana, Jose and Jake conversation.
Did you witness?
What did you see/hear?

NO

Have you heard Gail say "You have to speak English in this department" or "This is America, you need to speak English?"

People say she says that

Have you ever heard/seen Gail turn down calls because the caller did not speak English or have an accent? said " I dont understand you "
? why

Did you ever hear her make comments about the travel ban?

yes —

Have you ever heard her reference people of color as to "these people make mistakes"

→ said it lovdly - all culture (gail)

Did you ever hear her say "I have friends in HR?" NO
Jose & my Mgr - I dont think he has dialogue skills    I cant find
she is not friendly - "you should be careful" something on you
           Jose→ people aund you

Did she ever ask you or make a reference about someone "telling" on her and she will find out and get them into trouble?

Not to me —

**CONFIDENTIAL**                                           **SBNA 405**

Lisa

Q directly

She

executive order from Trumps

heard
from
Edith

"I cant wait to get rid of her"
(gail → Edith) → Lisa

[ I dont know how they o speak English
this is American ]

Andrew told me this abut
Black comments she's made
Q filter — says what she wants

CONFIDENTIAL

2-3 mos ago

Christine ( Noc shift )

me, Andrew, Corey ? who else

→ told her about Gail

- accents / - other ethnicities
- colored people
- what was said about me

all heard him

[ Why & try up hetly ]
"we're afraid"

& say anytg / I'll look into it

Wed 5/15/17

( Month ago ) Jose - call Premier Customer
BM on phone   13K payment
- removed error ( couldn't assist further )

Punched Phone -
food out of his mouth

Asked speak w/ Mgr
Went to Jose - & take call

He only dues this to me - only my calls

Walked away   Triana fixes his emails for him

he took Triana's calls - Wont take mine

I avoid him!
I'll go to my peers before go to him

its racism —

When told Jose → HR mtg (w yw)
"(Aux #7)" he stated loudly
                    & upset

Holidays — issue now
Gail + Kelly crying

last    Edith — △'ed alot — not talking
2 mos    used to be fun — she looks sad

They know the story!  TMs know about Jose/James
                        he's in trouble
                   smoke break gossip
                   G ? go to Dan — didn't want to get
                                    him fired

SBNA 408

6/19     Edith Almeida    ☑ Confidentiality
                          ☑ Prof Env
                          ▷ HR

Gail Sweeney complaint

Speaking about "speaking Spanish"
Stop talking Spanish — rude — this
is American

6 issues w/ race's
     a mention callers w/ other lang's
     & help

when did    Syria "refering Lisa into wk" I hope
prez go? ←   "she hopes Prez Trump sends back
            to her country"

1 mo² ago   ← Black: Referenced "black people make
                this kind of race
                these mistakes"

stated "I have friends in HR"
can defend her.

raised to Christine (Trump + Black)
    @ later date
? say- wd follow up w/ it
   ? get back to you? — NO
did you ask HR?

**CONFIDENTIAL**                                  **SBNA 409**

told me 2 talk to James
in Am "good morning"
    conversing — how was day/weather

G whispered — stop talking to him
cant stand his voice
G just to me

⌐

Q  Why she say this?
  - diff to deal with
  - e James start sitting in front of her
    "I cant stand his voice"
    ignores him — picks on him
  she emails mgr - when he repeats
  on call.

⌐

Can you stop eating oatmeal
I'm sick + tired of seeing you eat
email.

after I told Christine — it got to
her attention — she came to me
    "someones snitching on me" ⟶

**CONFIDENTIAL**

**SBNA 410**

asking me *If I knew* who did it?
I told her NO

Edith? Almeda → G I would halt to put into answer "her manager told her". (Jose)

( I asked C.R to move my seat
( I was offended by comments.
spoke to Kim (? Foisy) [ months ago

[ She complains about people w/ accents ]
— I have an accent!

I may not always let her comment roll!

end

CONFIDENTIAL

6/20 Triana Ofiglio                    (She bothered by accent)

Wednesday June 14th: Triana, Jose and Jake conversation.
Did you witness? Yes
What did you see/hear?
- first time   2-3 time ducted a me
"rude"  "don't speak any other language but English"
"I've heard her say xx about 'America - speak Eng'
and other languages.

(Eddie)
↑
Alexandra
Ashrakasha

Have you heard Gail say "You have to speak English in this department" or "This is America, you need to speak English?" yes → to others
insinuating "someone" - but states
told Sasha - in Russian "stop - it bothers me"
on her break or lunch.

Have you ever heard/seen Gail turn down calls because the caller did not speak English or have an accent? yes - witnessed w/i last month    →
She'll mute - vent out loud - accent + fluency
Spanish caller - overheard her w/ TM - we're not to
Did you ever hear her make comments about the travel ban? speak other languages
                NO                              reason why we have
                                                translators

Have you ever heard her reference people of color as to "these people make mistakes"
Yes - while ago    I remember hearing her say
                   that - I was on a call.

Did you ever hear her say "I have friends in HR?"
Yes - when she's unhappy w D's or unhappy TM
? statement of fact.

Did she ever ask you or make a reference about someone "telling" on her and she will find out and get them into trouble?
Yes I've witnessed - & asked me
I'm direct - our interactions are minimal to avoid contact
Told Jose Gail issue (he did nothing)
            rude - disrespectful + racist (Flag Day)

1) She told Jose Before about Spanish conversation w) a TM in #com

**CONFIDENTIAL**                                    **SBNA 412**

6/20       Tiana Giglio
       temp - 3mos
     - 6 mos


       with this - w/ us AND,
       like this w/ customer
        ⤷ rude (completely)  _____  ? Know who
tone                                  the customers
+      [ what's your card #            are -
demeanor [ NO Not that — I need your ]
                                xx #
       ⤷ ongoing + constant since
         I've worked as Temp+ Reg EE


    · Jose/Quil known each other
(appears) he & address issues like he does w/other


      - She appears unhappy
      - Complains w/ all △'s @ bank
      - brings down morale
      - it 'sucks' to have someone complain all
                                         day.


**CONFIDENTIAL**                          **SBNA 413**

4/20   Andrew Grossman

Wednesday June 14th: Triana, Jose and Jake conversation.
Did you witness?   Yes
What did you see/hear?

Gail said "speak English loudly"

Have you heard Gail say "You have to speak English in this department" or "This is America, you need to speak English?"   Say this before

Have you ever heard/seen Gail turn down calls because the caller did not speak English or have an accent?   Yes / yes   tells them to go into a branch

Did you ever hear her make comments about the travel ban?
Yes - re: Lisa "go back to her country)

Have you ever heard her reference people of color as to "these people make mistakes"
No - ? know she says everyty

Did you ever hear her say "I have friends in HR?"
Yes

Did she ever ask you or make a reference about someone "telling" on her and she will find out and get them into trouble?
& ask me - has asked others

Shared w/ Eddie/ Jose/ Christine      over period of
we've talked about her (e night)      time

**CONFIDENTIAL**

**SBNA 414**

"I'm terrified of her."

6/20    Andrew Grossman

Sit next to her              a'justy
say this                     Rashad
                             Justin.
                    → ref: 3 black colleagues

Months  "what do all the black people
ago.        do here — all just stand around"

Eddie & talk to her anymore

    what are you smiling for? to me

    She has alot to say about everyone

    last Thursday — CCC rep's "hows day"
    (God - will you just shut up?)

* Blatant racism

* She & like A's
        she is belligerent about it
    loudly voice her opinion
        NO filter

Jose - she feels given here lung time
        she's above + untouchable

CONFIDENTIAL

SBNA 415

Very confrontational woman

she shuts down w/ Δ's

apple pay (calls)

→ 2 month
last week — help me
(what have you been doing)
— she does what she wants
(ie: to doe Δ's)

She complains loudly to Jose

Edith just went "silent" due
to her — because of how she acts
started mos ago.

**CONFIDENTIAL**                                    **SBNA 416**

6/20   James Berard
            ne **GS.**

She's short w/ people
She's frustrated by ∆'s

No issues w/ her.
Havent heard

w/ Customer Calls

  — she's curt        ⎡ gets frustrated
  — she's short       ⎢ & have their info
                          ⎣ or card ready

Some TMs - very good
S

Customers:
"They're stupid"
"they're downright commiting Fraud"
"Fraudsters" (never assume!)

"heard? & derogatory)
Grammar

Colleagues — some discuss her hey "kurt"

**CONFIDENTIAL**

she sits next to Kathy
& interact

"Friends in HR" — NO
   she has stated "complained to HR"
      is @ Ay of holidays

pull calls - get an idea of who/how
She is

"Call back when you have
      your card ready"

"Call back when you have
      your info avail"

[ make every attempt to assist ]

She gets a lot of calls from her
   grandchildren all day

"unique" alarm or ring (you know)

Protection + time sent
is   Jose & tell her to get off phone
      he has taken my head off when
                  I used my phay

**CONFIDENTIAL**

**SBNA 418**

4/14:

& hear her say      disgusted look

but she did roll her eyes

(Jose's Team)   body language → sway head gesture

[Triana, Jacob, Jose]

Kelly

She's not a happy person

She's got leeway w/ Jose

I Phone tang to granchild @ desk facetiming in morning

6 month ago — not recently

@ time I got reprimanded (+ even unclock)

CONFIDENTIAL



6/16   Jake Stacy (re: Gail Sweeney)

tragic w/ Triana
altruly - looked annoyed afterwads

I heard Gail made "this is America"
         &              "we speak English"
Triana
told       I was attending to my work
me         All were annoyed

         [ I know Triana heard — ]
                ? Jose

         Nature — ⎫ just the 3 of us
         of conv ⎭

         ? my first day — she was on phone
         she hung up phone on call
         I was so new — she hung up on them

         Political: Avid Donald Trump supporter
         comments:

         I brush stuff off — I dont listen
         she talks out loud — openly

CONFIDENTIAL

holiday issue on Thur afin
gail hates wkg her
          looks fn new job
      Cant be worse than here (w: Citizens)

  My 1st couple days -
  - bounced around TM's
  one told
  ┌ "Watch - dont say anything to
  │   gail" - she has way of
  │ finding this out.
  └ She has "friends" in HR
  "# as qualified" Ann her friend

**CONFIDENTIAL**

**SBNA 421**

2/20  Aliaksandra  Astrakova      & Pull up calls

Wednesday June 14th: Triana, Jose and Jake conversation.
Did you witness?
What did you see/hear?           N O              & addressed w/ Mgr

the way she } Jose ← Mgrs are aware
handles customers  ?Christine     of whats going on
              ✓Eddie  → she's loud
                       we all hear her
                       w/ customers

Have you heard Gail say "You have to speak English in this department" or "This is America, you
need to speak English?"   Yes - similar

                                        disconnect

Have you ever heard/seen Gail turn down calls because the caller did not speak English or have
an accent?   Yes - actually "Cant undestand you"
                       please speak English
                       + hang up.

Did you ever hear her make comments about the travel ban?
              NO

Have you ever heard her reference people of color as to "these people make mistakes"  they
              NO                                        → heard
heard people of color commenting on                     her say it.

Did you ever hear her say "I have friends in HR?"
not long   NO inbound
ago → recived call on old team - "HR - line to talk to Gail"

Did she ever ask you or make a reference about someone "telling" on her and she will find out
and get them into trouble?
              NO

favoritism = No        ( She is
                         very intimidating
                         Mgrs & want to
                                  confront )

**CONFIDENTIAL**

**SBNA 422**

6/20

Sasha

    as contractn
    told my TM's     (about year ago)
    in Russi

    how long doing that
    "that" tally in Russian
    your disturbing my lunch

    I snapped @ her & left
    gave her silent tx

    & other to me NO

    I hear re: how treats customers
I've heard her     Spanish called
      P+P → to translator
    → "In America we speak English"
              so to branch
alleges: TMS brught this up to Mgt. prior

CONFIDENTIAL

now w/ Eddy

She says "hi" to me now
that I'm another team

CONFIDENTIAL

6/21   Christine

<u>Wednesday June 14th: Triana, Jose and Jake conversation.</u>
Did you witness?
What did you see/hear?   NO

heard from Couy

Have you heard Gail say "You have to speak English in this department" or "This is America, you need to speak English?"   NO —
others say she says it

Have you ever heard/seen Gail turn down calls because the caller did not speak English or have an accent?   Not directly
heard from others                              "go back                heard
home"            many
Did you ever hear her make comments about the travel ban?                                  times
NO —
told about Travel band — Lisa a Said

Have you ever heard her reference people of color as to "these people make mistakes"
NO     Not directly — I wd of said sumth —
She makes comments about all
races

Did you ever hear her say "I have friends in HR?"
NO —
I heard this from Crey

Did she ever ask you or make a reference about someone "telling" on her and she will find out and get them into trouble?
NO        I told Kim last week
she is a bully
She thinks shes above it all

**CONFIDENTIAL**

Did THIS raise issues? (re: Edith)
(Trump + Black)                    ? when

— any follow up?

— ? more seat (when?)
   (Kim Foisy) — in charge of seats

? after hours convo's / hallway convo's
   ↳ yes — thats how I heard
                 about it

CONFIDENTIAL

SBNA 426

6/21     Christine

Edith

new to my team
2/3 rd   1-1- un (? Mairls )  → approved
                                    Sent more
uncomfortable   (told Dan move seat )
                        told "racist"
Ⓔ racist remarks
Callers " need to speak English "

I suggested to move seat
   & happened yst.

Edith's
Sent complaint ↗

Cory Black —  → they hear all she says
Edith

told Jose
April w/
calls

( Cory mentioned in past —
   Rude - hangs up if they don't
   speak English
   Acct # info - refuse to ID then
   ↓ I told Jose this

told
Jose ⇐
may

New hires - in Custside
4/14  Cory sent me message
7/J/J - in Spanish - girl came

**CONFIDENTIAL**                    **SBNA 427**

Corey having to hear behave,
I'm sure all heard
bad 1st impression for New TM's
took it to Kim — its happening again
Corey spoke to Kim
Kim asked Corey to talk to HR (Karin)

"Trump"

"Going Back to Countries"

I hear more — why Monday Noc's

Andrew — knew alot heard her "why" Smiley

? last week call
" We shouldn't have to take
these calls"

We shouldn't have to take these calls.

Operator calls — Jose told me no
I told her its a TTY call —
OR. take the call - authenticate

CONFIDENTIAL

SBNA 428

Is Jose afraid of Gail?

Month back  ⟩ as manager
so rude  ⟨ bad perfm,
           hard to deal w/ th ⟩

Eddie pulled calls — Complaint

[ Eddie — she was on PIP
    on way to — discipline
    & happened. ]

a lot of complaints about her
why not deal w/ it.

CONFIDENTIAL

6/20 · E. Veiga

Long time coming

Rude w/ customers

(P- 2015) → SUP
Jose said she's fine
+ 2016 = he gave her
2 meets
(NO improvement)

Known she is a problem (Well known)

too far away to overhear

[ G I think
→ he's afraid of her
(Jose) ]

[ "Gail being Gail"
fighting new D's n P+P ]

I wd have never supported
her "Meets" 3.5 Rating

? Jose tryg to avoid . ? SUP issue
he D thought she could post out

CONFIDENTIAL

Eddy

Wednesday June 14th: Triana, Jose and Jake conversation.
Did you witness?
What did you see/hear?     NO

Have you heard Gail say "You have to speak English in this department" or "This is America, you need to speak English?"

Way back ← Not directly – through heresay
to April 2017 ← from Corey + Andrew, John ...

Have you ever heard/seen Gail turn down calls because the caller did not speak English or have an accent?   NO – but heard – reported to Jose   sent call

March ← One time she turned off a caller because she
2017   didn't say "Gail" directly

Did you ever hear her make comments about the travel ban?
→ directly        Lisa issue →

Have you ever heard her reference people of color as to "these people make mistakes"
NO   → directly   only 3rd party (TM's)
Jose said she's biggot.

Did you ever hear her say "I have friends in HR?"
Not directly – thrgh people/story

Did she ever ask you or make a reference about someone "telling" on her and she will find out and get them into trouble?

NO

**CONFIDENTIAL**                                    **SBNA 431**

<u>Manager Questions:</u>

Are you aware of TM's having issues with Gail Sweeney?
Please describe what you know:

my staff - No

No — my staff here FCC area staff

what do yu do w/ that -

March 29th Pulled aside next morn'g
↳ told him

March time
↓
stoff they were
unloady
↓
told Dan
↓
sense of
urgency
unfavorable
comments

What did you do with this information/ how did you handle being informed of
this ___ Told Dan + Tash

Andrew is afraid of her.

John Thrasy too

Did you follow back with the TM(s) that complained?
① Keepg myself open →

Did you ever tell Gail to "watch out —people are watching you"/ if so-why?

NO  I dont talk to gail
my interacth w/ team is limited

- ° <u>CR</u>: Moving EA seat? How have you handled? And reported back to EA?
- ° If you knew about the "race" comment, why didn't you address it or move it to a Sr. Manager?

- ° <u>JC</u>:  Gail is telling people you are stating "watch out"
- ° Why didn't you do something on 6/14

**CONFIDENTIAL**                                          **SBNA 432**

Jose         20th Rating: 3.5

6/20/C

<u>Wednesday June 14th: Triana, Jose and Jake conversation.</u>
Did you witness?
What did you see/hear?

We shouldn't speak spanish hey
Triana responded — got back to Gail next day
→ Kim asked me what happened

Coached in March + April —
     → Customer interactions
     → follow scripts → Follow P+P → Customer Complaint

Have you heard Gail say "You have to speak English in this department" or "This is America, you need to speak English?"
she says — as a general statement "why & speak
                                                       English".

Have you ever heard/seen Gail turn down calls because the caller did not speak English or have an accent?   I believe so —                            Refused to
April 6    ← She can't understand customer    assist Caller
2017

Did you ever hear her make comments about the travel ban?
     NO —

Have you ever heard her reference people of color as to "these people make mistakes"
"make mistakes" — heard? Knew it was "color"
Augustus: How did we hire this person — We need
                                                                  to train her about mistakes
Did you ever hear her say "I have friends in HR?"     ? Not color the "person".
     NO —

Re: HR: only discussed ∆'s w/ schedule

Did she ever ask you or make a reference about someone "telling" on her and she will find out and get them into trouble?
     NO

"Better watch out" - customer interactions
     d/t the call issues — already in
     Quality — records "We're watching you about"

**CONFIDENTIAL**

SBNA 433

6.5. Why am I being singled out? - (emails)

<u>Manager Questions:</u>

Are you aware of TM's having issues with Gail Sweeney?
Please describe what you know:
No -
Christine - said Edith issue
couple mos ago.
Christine - "shes loud"

assistant to A
assistant for new
tasks
tried flexibly
G refused new
outcome

= going on
for about a
year.
(oo.leave)
Δ's

What did you do with this information/ how did you handle being informed of
this_____

Did you follow back with the TM(s) that complained?

I've been
her many
years -
why I
have to
do these
Δ's

Did you ever tell Gail to "watch out –people are watching you"/ if so-why?
(see prior page)

- ⁰ <u>CR:</u> Moving EA seat? How have you handled? And reported back to EA?
- ⁰ If you knew about the "race" comment, why didn't you address it or move it to a Sr.
  Manager?

- ⁰ <u>JC:</u>  Gail is telling people you are stating "watch out"
- ⁰ Why didn't you do something on 6/14

**CONFIDENTIAL**

**SBNA 434**

only Customers — we know this

some one complained to another manager
remarked —
she is impulsive "Customer call center"
translator issue
assessed — she never uses translator
when needed — part of process! (rose to
quic)

Josh — she had concerns —
to: Whats going to happen = PIP
gui
8      Quiet for a while ↑ and ↓

last → EAR Complaint (Dan responded)
week      She was Rude to Bank TM

[She's impulsive w Customers + TM's]

[Calls @ work:] people use phones @
work —

(#) → waiting for procedure to address
coaching to TM's

Concern's — Becomes unprofessional
the way she is — I want
witness —
I'm not afraid of her.

Spoke to Kim —                too much
re: 6/14 issue          friction w/ her then
    intended to speak to her (& in front of others)

(Kim) "hold —"
    from 2x "P" to  (what △'ed)

how          — Volume
3.5?         → did job
2016?        → Team Player (was better) ⊕ often

                 Gail's
Schedule: / Off: Frid/Sat/Sun \
only one  /  business need —
w/ & W/E's / Melissa accomodated
       that
         Gail complains & gaps in
                        schedule

2 wks   Req time to go to Dr = called out PTO
ago        another request - again Drs apt
        enter time req in WFM          unusual
called out Monday - 4/19: ~~SDE~~ ? why  not to
        Chris Brown                      call me

CONFIDENTIAL                              SBNA 436

told Jose numbness in my
arms - ? part of my accident
last year.

Jose [ looking for an out - her game ]
— [ cant work until 7:00 ]

CONFIDENTIAL